GEORGIE S. COLLISTER, Respondent, *v.* AMELIA A. FASSITT, Appellant.

(Submitted June 18, 1900; decided June 22, 1900.)

Motion for reargument denied, with ten dollars costs. (See 163 N. Y. 281.)

---

ERNST G. W. WOERZ, Respondent, *v.* CHARLES A. SCHUMACHER et al., Impleaded with SAMUEL WASSERMAN, as Receiver of THE ABINGDON SQUARE SAVINGS BANK, Appellant.

(Submitted June 18, 1900; decided June 22, 1900.)

Motion for reargument denied, with ten dollars costs. (See 161 N. Y. 530.)